```
COLQUITT & ABBATANGELO, LTD.
Ronald A. Colquitt, Esq.
Nevada Bar No. 4953
321 S. Casino Center Blvd., Ste. 112
Las Vegas, Nevada 89101
Tel: (702) 384-1000
Fax: (702) 543-2197
Email: LasVegasLawOffice@gmail.com
```
*Attorney Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUMBAUGH and DEBORAH RUMBAUGH, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, dba STATE FARM, an entity of unknown type and domicile, DOE INDIVIDUALS 1-10, and ROE ENTITIES 1-10, <br><br> Defendants. | Case No.: 2:16-cv-02873 <br><br> **STIPULATION AND ORDER TO REMAND TO COURT ANNEXED ARBITRATION PROGRAM** <br><br> ECF Nos. 5, 9 |

Comes now, Plaintiffs, MICHAEL RUMBAUGH and DEBORAH RUMBAUGH, by and through their undersigned attorneys, RONALD A. COLQUITT, ESQ. and TONY L. ABBATANGELO, ESQ. of the law firm of Colquitt & Abbatangelo, Ltd. and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, dba STATE FARM, by and through its undersigned attorneys of record, MARTIN J. KRAVITZ, ESQ. and KIMBERLEY A. HYSON, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the parties do hereby stipulate to the dismissal of Plaintiff's claim for punitive damages with prejudice, the renaming of Defendant, STATE FARM FIRE AND CASUALTY COMPANY dba STATE FARM, as solely "STATE FARM FIRE AND CASUALTY COMPANY" and the remand of this matter to the Court Annexed Arbitration Program in the Eighth Judicial District Court of the

State of Nevada, County of Clark, without prejudice. This stipulation to remand is based upon Plaintiffs' averment that the amount in controversy will not exceed $50,000 total and that Plaintiffs will be dismissing with prejudice their claim for punitive damages against Defendants in this action and agreeing to drop the "dab State Farm" from Defendant's name. Based upon the same, the parties hereby seek an order from this Court that this matter be remanded to the Court Annexed Arbitration Program in the Eighth Judicial District Court, that Plaintiffs' claim for punitive damages be dismissed with prejudice and capping Plaintiffs' potential recovery in this matter at $50,000.00 and that Defendant's name be changed to reflect on "State Farm Fire and Casualty Company."

The parties reserve the right to Remove this matter back to Federal Court should new evidence of damages be presented such that the jurisdictional limit of $75,000.00 would be exceeded.

Dated this ___ day of January, 2017.

| COLQUITT & ABBATANGELO, LTD. | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| RONALD A. COLQUITT, ESQ.<br>Nevada Bar No. 4953<br>321 S. Casino Center, Ste. 112<br>Las Vegas Nevada 89101<br>(P) 702.384.1000; (F) 702.543.2197<br>Attorney for Plaintiffs | KIMBERLEY A. HYSON, ESQ.<br>Nevada Bar No. 11611<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>(P) 702.362.6666; (F) 702.362.2203<br>Attorney for Defendants |

**ORDER**

Based on the parties' stipulation [ECF No. 9] to dismiss and remand, and

good cause appearing, IT IS HEREBY ORDERED that plaintiff's punitive damages prayer is dismissed with prejudiced.  And the parties have stipulated that the amount in controversy does not exceed $50,000, let alone the $75,000 jurisdictional threshold for diversity jurisdiction, this case is REMANDED back to the Eighth Judicial District Court Case No. A-16-747133-C, Dept. IX, for participation in the Court Annexed Arbitration Program.

    IT IS FURTHER ORDERED that the motion to dismiss [ECF No. 5] is DENIED as moot.  The Clerk of Court is instructed to REMAND and CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Judge   1-30-17